IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BOARD OF EDUCATION OF BYRON )
COMMUNITY UNIT SCHOOL )
DISTRICT NO. 226, OGLE COUNTY, )
ILLINOIS, a public school, )
)
      Plaintiff, )
)
vs. ) No. 07 C 1992
)
BUTLER MANUFACTURING )
COMPANY, a Delaware corporation, )
)
      Defendant. )

## MEMORANDUM OPINION AND ORDER

Plaintiff filed this case in state court in Ogle County, Illinois. It involves a school roofing project in Ogle County. Defendant, on the basis of diversity jurisdiction, removed the case to the Eastern Division of the Northern District of Illinois. Plaintiff now seeks to transfer it to the Western Division in Rockford. That motion is granted.

The parties agree that venue is proper in both Chicago and Rockford, and that the legal standard largely tracks that for a transfer from one district to another. Plaintiff is from Byron, some 15 miles southwest of Rockford. It chose to litigate there, and that is entitled to some consideration. The roof is there, the general contractor is there, and the subcontractor installing the roof is there. Defendant is headquartered in Kansas City, Missouri, and others are scattered around in Indiana and outside Detroit. Defendant contends that it is considerably more convenient to fly into O'Hare or Midway and drive to downtown Chicago than to drive from O'Hare or Midway to Rockford. According to defendant, the federal courthouse in Chicago is 17 miles from O'Hare, and the Rockford courthouse is 70 miles from

O'Hare.

Plaintiff points out that people can fly into Rockford, but that undoubtedly requires a transfer at O'Hare, with a layover of uncertain duration. But defendant's witnesses, if deposed, will probably have to be deposed where they reside. Thus we are probably talking about trial convenience only. The choice is between what can be an extended trip in traffic to downtown Chicago, or a straight shot on expressways to Rockford. The time difference is probably less than an hour. This Ogle County dispute should be resolved in the Western Division.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 30, 2007.